Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____ Chapter ____11____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Duro Legacy HVAC, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | CenTex Air |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 3 5 5 4 5 2 6 |

**4. Debtor's address**

**Principal place of business**

16333 S Great Oaks Drive Suite 101
Number    Street

Round Rock, TX 78681-3661
City    State    ZIP Code

Williamson
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**    www.centex-air.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Duro Legacy HVAC, Inc.
_____    Case number *(if known)* _____
        Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  2   3   8   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

        District _____  When _____
                                                          MM / DD / YYYY

        Case number, if known _____

Debtor    Duro Legacy HVAC, Inc.                                        Case number (if known) _____
          Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number     Street

_____
    City             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Duro Legacy HVAC, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/09/2023
MM/ DD/ YYYY

X  /s/ Victor Olowu                                         Victor Olowu
Signature of authorized representative of debtor          Printed name

Title                      President

**18. Signature of attorney**

X         /s/ Frank B Lyon                    Date  08/09/2023
Signature of attorney for debtor                    MM/ DD/ YYYY

Frank B Lyon
Printed name

Frank B Lyon
Firm name

PO Box 50210
Number        Street

Austin                              TX          78763-0210
City                               State        ZIP Code

_____          frank@franklyon.com
Contact phone                     Email address

12739800                           TX
Bar number                         State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Duro Legacy HVAC, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Western District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.  Cash on hand** | | | |
| **3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  **PNC Bank** | **Checking account** | **5443** | ($2,926.11) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $13,320.32 |
| **4.  Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5.  Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $10,394.21 |

### Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.  Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1  **JCA, LLC** | $1,250.00 |

Debtor  __**Duro Legacy HVAC, Inc.**__  Case number *(if known)* _____
Name

| | |
|---|---|
| 7.2  **JCA, LLC** | **$500.00** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.       **$1,750.00**

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts Receivable**

11a. 90 days old or less:  **$121,100.50**  -  **$0.00**  = ..... ➜  **$121,100.50**
face amount       doubtful or uncollectible accounts

11b. Over 90 days old:  **$36,142.63**  -  **$967.00**  = ..... ➜  **$36,142.63**
face amount       doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.       **$157,243.13**

**Part 4:** Investments

**13.** **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of fund or stock:       % of ownership:

**None**

Debtor    __Duro Legacy HVAC, Inc.__                                    Case number *(if known)* _____
                 Name

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                              **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**None**

**20. Work in progress**

**None**

**21. Finished goods, including goods held for resale**

**None**

**22. Other inventory or supplies**

**None**

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                              **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    __Duro Legacy HVAC, Inc.__                          Case number *(if known)* _____
      Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

    **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31. Farm and fishing supplies, chemicals, and feed**

    **None**

**32. Other farming and fishing-related property not already listed in Part 6**

    **None**

**33. Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                          _____**$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor    **Duro Legacy HVAC, Inc.**                                       Case number *(if known)*
          Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

    39.1 __Desks and chairs__ | (Unknown) | Estimate | $500.00

**40. Office fixtures**

    **None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

    41.1 __3 Apple iPads 6th Generation__ | (Unknown) | Estimate | $450.00

    **Additional Page Total** - *See continuation page for additional entries* | | | $35,215.00

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43. Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86. | | | $36,165.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    __Duro Legacy HVAC, Inc.__                                Case number *(if known)* _____
                Name

None

48. **Watercraft, trailers, motors, and related accessories** *Examples:*
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

None

49. **Aircraft and accessories**

None

50. **Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

None

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                                         $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**  Real Property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

None

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor     __Duro Legacy HVAC, Inc._____     Case number *(if known)* _____
          Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61. Internet domain names and websites** | | | |
| None | | | |
| **62. Licenses, franchises, and royalties** | | | |
| None | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64. Other intangibles, or intellectual property** | | | |
| None | | | |
| **65. Goodwill** | | | |
| None | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                          **$0.00**

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor   __Duro Legacy HVAC, Inc.__                           Case number *(if known)* _____
      Name

---

| **Part 11:** | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

| 73.1 | **Liberty Mutual - Business Insurance - Worker's Comp - Umbrella** | $0.00 |

**Additional Page Total** - *See continuation page for additional entries*      $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.      $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor　__Duro Legacy HVAC, Inc.__　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　Name

## Part 12:　Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,394.21 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,750.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $157,243.13 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $36,165.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.......................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $205,552.34 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................ | | $205,552.34 |

Debtor  **Duro Legacy HVAC, Inc.**

Name

Case number *(if known)*

---

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **American Express** | **Checking account** | **5027** | **$4.53** |
| 3.3 **Frost** | **Checking account** | **9601** | **$1,909.55** |
| 3.4 **Frost** | **Checking account** | **9363** | **$11,071.03** |
| 3.5 **Frost** | **Checking account** | **9539** | **$335.21** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment - *Continued*** | | | |
| 41.2 **2 Apple iPads 7th Generation** | **(Unknown)** | **Estimate** | **$500.00** |
| 41.3 **3 Apple iPads 9th Generation** | **(Unknown)** | **Estimate** | **$900.00** |
| 41.4 **Dell Inspiron 3891 Desktop Computer** | **(Unknown)** | **Estimate** | **$1,050.00** |
| 41.5 **MIS Monitor 3CA9** | **(Unknown)** | **Estimate** | **$200.00** |
| 41.6 **HP Laptop** | **(Unknown)** | **Estimate** | **$500.00** |
| 41.7 **Dell Laptop** | **(Unknown)** | **Estimate** | **$200.00** |
| 41.8 **Lenovo Idea pad 5** | **(Unknown)** | **Estimate** | **$300.00** |
| 41.9 **HP Printer** | **(Unknown)** | **Estimate** | **$150.00** |
| 41.10 **3 Dwyer Pitot Tubes 18"** | **(Unknown)** | **Estimate** | **$150.00** |
| 41.11 **3 Dwyer Pitot Tubes 36"** | **(Unknown)** | **Estimate** | **$150.00** |
| 41.12 **2 Dwyer Pitot Tubes 48"** | **(Unknown)** | **Estimate** | **$100.00** |
| 41.13 **2 Dwyer Pitot Tubes 60"** | **(Unknown)** | **Estimate** | **$100.00** |
| 41.14 **2 Alnor Hydroic Meters MN650** | **(Unknown)** | **Estimate** | **$3,000.00** |
| 41.15 **2 Shortridge Hydroic Meters HDM-250** | **(Unknown)** | **Estimate** | **$4,000.00** |
| 41.16 **8 Fieldpiece Psychrometers SRH3** | **(Unknown)** | **Estimate** | **$800.00** |
| 41.17 **1 TSI Meter Airpro AP500** | **(Unknown)** | **Estimate** | **$250.00** |
| 41.18 **1 TSI Probe VTH-S** | **(Unknown)** | **Estimate** | **$300.00** |
| 41.19 **3 Alnor Multimeter EBT730** | **(Unknown)** | **Estimate** | **$3,600.00** |
| 41.20 **2 Evergreen Multimeter - Meter with Wrist Reporter** | **(Unknown)** | **Estimate** | **$7,000.00** |
| 41.21 **6 Shortridge Multimeter ADM-860** | **(Unknown)** | **Estimate** | **$9,000.00** |
| 41.22 **6 Cole-Parmer Tachometer 20250-26** | **(Unknown)** | **Estimate** | **$450.00** |
| 41.23 **6 Cole - Parmer Anemometers 2250-15-CP338380** | **(Unknown)** | **Estimate** | **$1,050.00** |
| 41.24 **2 Fieldpiece Clamp Meter SC260** | **(Unknown)** | **Estimate** | **$110.00** |
| 41.25 **6 Werner 6' Ladders** | **(Unknown)** | **Estimate** | **$300.00** |

Debtor    __Duro Legacy HVAC, Inc._____    Case number *(if known)* _____
       Name

**Additional Page**

| | | | |
|---|---|---|---|
| 41.26 **5 Werner 8' Ladders** | **(Unknown)** | **Estimate** | **$500.00** |
| 41.27 **2 Werner 10' Ladders** | **(Unknown)** | **Estimate** | **$350.00** |
| 41.28 **1 Werner 12' Ladder** | **(Unknown)** | **Estimate** | **$205.00** |

**Current value of debtor's interest**

**73.** **Interests in insurance policies or annuities - *Continued***

| | |
|---|---|
| 73.2 **State Farm - Auto Insurance** | **$0.00** |
| 73.3 **Minnesota Life on Victor Olowu** | **$0.00** |
| 73.4 **Freedom Insurance - Employee Health Insurance** | **$0.00** |
| 73.5 **Freedom Insurance - Employee Health Insurance** | **$0.00** |
| 73.6 **Freedom Insurance - Employee Health Insurance** | **$0.00** |

Fill in this information to identify the case:

Debtor name    Duro Legacy HVAC, Inc.

United States Bankruptcy Court for the:    Western     District of    Texas
                                                                    (State)

Case number (if known):

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                              $1,513,553.00

Debtor ____Duro Legacy HVAC, Inc._____     Case number (if known) _____

     Name

| **Part 1:** | Additional Page |
|---|---|

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.1** **Creditor's name**

Home Trust Bank

**Creditor's mailing address**

c/o Jennifer Gates

6310 Fairview Road

Charlotte, NC 28210

**Creditor's email address, if known**

_____

**Date debt was**      03/2019
**incurred**

**Last 4 digits of**    7   0   0   6
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including this
    creditor, and its relative priority.

    **See continuation page.**

**Describe debtor's property that is subject to a
lien**

Accounts receivable under 90 days, Accounts
receivable over 90 days, 2 Apple iPads 7th
Generation, 3 Apple iPads 6th Generation, 3
Apple iPads 9th Generation, Dell Inspiron 3891
Desktop Computer, MIS Monitor 3CA9, HP
Printer, 3 Dwyer Pitot Tubes 18", 3 Dwyer Pitot
Tubes 36", 2 Dwyer Pitot Tubes 48", 2 Dwyer
Pitot Tubes 60", 2 Alnor Hydroic Meters MN650,
2 Shortridge Hydroic Meters HDM-250, 8
Fieldpiece Psychrometers SRH3, 1 TSI Meter
Airpro AP500, 1 TSI Probe VTH-S, 3 Alnor
Multimeter EBT730, 2 Evergreen Multimeter -
Meter with Wrist Reporter, 6 Shortridge
Multimeter ADM-860, 6 Cole-Parmer Tachometer
20250-26, 6 Cole - Parmer Anemometers
2250-15-CP338380, 6 Werner 6' Ladders, 5
Werner 8' Ladders, 2 Werner 10' Ladders, 1
Werner 12' Ladder, 2 Fieldpiece Clamp Meter
SC260, Desks and chairs, Minnesota Life on
Victor Olowu

**Describe the lien**

Small Business Administration Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$815,245.00      $193,408.13

Debtor  Duro Legacy HVAC, Inc.                                              Case number (if known) _____
         _____
         Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Home Trust Bank

**Creditor's mailing address**

c/o Jennifer Gates

6310 Fairview Road

Charlotte, NC 28210

**Creditor's email address, if known**

_____

**Date debt was**       09/2019
**incurred**

**Last 4 digits of**    7   0   0   4
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Desks and chairs, 3 Apple iPads 6th Generation, 2 Apple iPads 7th Generation, 3 Apple iPads 9th Generation, Dell Inspiron 3891 Desktop Computer, MIS Monitor 3CA9, HP Laptop, Dell Laptop, Lenovo Idea pad 5, HP Printer, 3 Dwyer Pitot Tubes 18", 3 Dwyer Pitot Tubes 36", 2 Dwyer Pitot Tubes 48", 2 Dwyer Pitot Tubes 60", 2 Alnor Hydroic Meters MN650, 2 Shortridge Hydroic Meters HDM-250, 8 Fieldpiece Psychrometers SRH3, 1 TSI Meter Airpro AP500, 1 TSI Probe VTH-S, 3 Alnor Multimeter EBT730, 2 Evergreen Multimeter - Meter with Wrist Reporter, 6 Shortridge Multimeter ADM-860, 6 Cole-Parmer Tachometer 20250-26, 6 Cole - Parmer Anemometers 2250-15-CP338380, 2 Fieldpiece Clamp Meter SC260, 6 Werner 6' Ladders, 5 Werner 8' Ladders, 2 Werner 10' Ladders, 1 Werner 12' Ladder, Minnesota Life on Victor Olowu

**Describe the lien**

SBA Express Line of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $203,308.00 | $193,408.13 |

Debtor   Duro Legacy HVAC, Inc.

Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3 Creditor's name**

SBA EIDL

**Creditor's mailing address**

10737 Gateway West #300

El Paso, TX 79935

**Creditor's email address, if known**

_____

**Date debt was incurred**   03/2020

**Last 4 digits of account number**   7 4 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Desks and chairs, 3 Apple iPads 6th Generation, 2 Apple iPads 7th Generation, 3 Apple iPads 9th Generation, Dell Inspiron 3891 Desktop Computer, MIS Monitor 3CA9, HP Laptop, Dell Laptop, Lenovo Idea pad 5, HP Printer, 3 Dwyer Pitot Tubes 18", 3 Dwyer Pitot Tubes 36", 2 Dwyer Pitot Tubes 48", 2 Dwyer Pitot Tubes 60", 2 Alnor Hydroic Meters MN650, 2 Shortridge Hydroic Meters HDM-250, 8 Fieldpiece Psychrometers SRH3, 1 TSI Meter Airpro AP500, 1 TSI Probe VTH-S, 3 Alnor Multimeter EBT730, 2 Evergreen Multimeter - Meter with Wrist Reporter, 6 Shortridge Multimeter ADM-860, 6 Cole-Parmer Tachometer 20250-26, 6 Cole - Parmer Anemometers 2250-15-CP338380, 2 Fieldpiece Clamp Meter SC260, 6 Werner 6' Ladders, 5 Werner 8' Ladders, 2 Werner 10' Ladders, 1 Werner 12' Ladder, Minnesota Life on Victor Olowu

$495,000.00

$193,408.13

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  __Duro Legacy HVAC, Inc._____     Case number (if known) _____
      Name

| Part 1: | Additional Page |
|---|---|

**2.1** **Creditor's name**

Home Trust Bank

**Specify each creditor, including this creditor, and its relative priority.**

For Accounts receivable under 90 days: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Accounts receivable over 90 days: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Apple iPads 7th Generation: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 3 Apple iPads 6th Generation: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 3 Apple iPads 9th Generation: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Dell Inspiron 3891 Desktop Computer: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For MIS Monitor 3CA9: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For HP Laptop: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Dell Laptop: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Lenovo Idea pad 5: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For HP Printer: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 3 Dwyer Pitot Tubes 18": **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 3 Dwyer Pitot Tubes 36": **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Dwyer Pitot Tubes 48": **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Dwyer Pitot Tubes 60": **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Alnor Hydroic Meters MN650: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Shortridge Hydroic Meters HDM-250: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 8 Fieldpiece Psychrometers SRH3: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 1 TSI Meter Airpro AP500: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 1 TSI Probe VTH-S: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 3 Alnor Multimeter EBT730: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Evergreen Multimeter - Meter with Wrist Reporter: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 6 Shortridge Multimeter ADM-860: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 6 Cole-Parmer Tachometer 20250-26: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 6 Cole - Parmer Anemometers 2250-15-CP338380: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 6 Werner 6' Ladders: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 5 Werner 8' Ladders: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Werner 10' Ladders: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 1 Werner 12' Ladder: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For 2 Fieldpiece Clamp Meter SC260: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Desks and chairs: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL; For Minnesota Life on Victor Olowu: **1) Home Trust Bank**; 2) Home Trust Bank; 3) SBA EIDL

Debtor    Duro Legacy HVAC, Inc.
          Name

Case number (if known)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Home Trust Bank<br>c/o Jennifer Gates<br>6310 Fairview Road<br>Charlotte, NC 28210 | Line 2. 1 | ___ ___ ___ ___ |
| Home Trust Bank<br>c/o Jennifer Gates<br>6310 Fairview Road<br>Charlotte, NC 28210 | Line 2. 2 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    Duro Legacy HVAC, Inc.                                    Case number (if known) _____
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Duro Legacy HVAC, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |

Debtor __**Duro Legacy HVAC, Inc.**_____     Case number *(if known)* _____
     Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,449.00
*Check all that apply.*

American Express

Business Line of Credit     ☐ Contingent
☐ Unliquidated
PO Box 570622     ☐ Disputed

Atlanta, GA 30357     Basis for the claim: __Line of Credit__

Is the claim subject to offset?

Date or dates debt was incurred __02/2023__     ☑ No
☐ Yes
Last 4 digits of account number __7__ __2__ __0__ __6__

**3.2** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $373.00
*Check all that apply.*

American Express

    ☐ Contingent
PO Box 981535     ☐ Unliquidated
El Paso, TX 79998-1535     ☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset?

Date or dates debt was incurred __05/2023__     ☑ No
☐ Yes
Last 4 digits of account number __1__ __0__ __0__ __9__

**3.3** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $74,229.00
*Check all that apply.*

Cen-Tex Air Balance, Inc.

    ☐ Contingent
PO Box 1931     ☐ Unliquidated
Belton, TX 76513     ☐ Disputed

Basis for the claim: __Purchase of Business__

Is the claim subject to offset?

Date or dates debt was incurred __03/2019__     ☑ No
☐ Yes
Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $33,994.00
*Check all that apply.*

Chase

    ☐ Contingent
P.O. Box 15298     ☐ Unliquidated
Wilmington, DE 19850-5298     ☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset?

Date or dates debt was incurred __12/2019__     ☑ No
☐ Yes
Last 4 digits of account number __3__ __9__ __2__ __0__

Debtor    **Duro Legacy HVAC, Inc.**                                    Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,129.00
| **Chase** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O. Box 15298** | ☐ Unliquidated |
| | ☐ Disputed |
| **Wilmington, DE 19850-5298** | Basis for the claim:  **Credit Card** |
| | |
| Date or dates debt was incurred  **10/2022** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  **2  6  7  3** | ☐ Yes |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,628.00
| **Fora Financial Advance, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **Attn: Legal Department** | ☐ Unliquidated |
| | ☐ Disputed |
| **1385 Broadway 15th Floor** | Basis for the claim:  **Merchant Advance** |
| **New York, NY 10018** | |
| | Is the claim subject to offset? |
| Date or dates debt was incurred  **04/07/2023** | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00
| **Randy Eastlack** | *Check all that apply.* |
| | ☐ Contingent |
| **The Law Offices of Kell A. Simon** | ☐ Unliquidated |
| | ☐ Disputed |
| **501 North IH-35 Suite 111** | Basis for the claim:  **Employee Settlement** |
| **Austin, TX 78702** | |
| | Is the claim subject to offset? |
| Date or dates debt was incurred  **01/2022** | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00
| **Victor Olowu** | *Check all that apply.* |
| | ☐ Contingent |
| **16333 Great Oaks Drive Suite 101** | ☐ Unliquidated |
| | ☐ Disputed |
| **Round Rock, TX 78681** | Basis for the claim:  **Promissory Note** |
| | |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

Debtor  **Duro Legacy HVAC, Inc.**                                    Case number *(if known)* _____
Name

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**3.9**
Nonpriority creditor's name and mailing address
**WebBank**

**4315 Pickett Road**

**Saint Joseph, MO 64503**

Date or dates debt was incurred    05/16/2023

Last 4 digits of account number    2  6  a  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice Factoring

Is the claim subject to offset?
☑ No
☐ Yes

$2,925.00

---

**3.10**
Nonpriority creditor's name and mailing address
**WebBank**

**4315 Pickett Road**

**Saint Joseph, MO 64503**

Date or dates debt was incurred    05/16/2023

Last 4 digits of account number    6  8  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice Factoring

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.11**
Nonpriority creditor's name and mailing address
**WebBank**

**4315 Pickett Road**

**Saint Joseph, MO 64503**

Date or dates debt was incurred    06/02/2023

Last 4 digits of account number    a  9  2  f

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice Factoring

Is the claim subject to offset?
☑ No
☐ Yes

$1,525.00

---

**3.12**
Nonpriority creditor's name and mailing address
**WebBank**

**4315 Pickett Road**

**Saint Joseph, MO 64503**

Date or dates debt was incurred    06/02/2023

Last 4 digits of account number    4  0  5  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice Factoring

Is the claim subject to offset?
☑ No
☐ Yes

$4,425.00

Debtor    **Duro Legacy HVAC, Inc.**
          Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.13** **Nonpriority creditor's name and mailing address**

**WebBank**

**4315 Pickett Road**

**Saint Joseph, MO 64503**

Date or dates debt was incurred    06/02/2023

Last 4 digits of account number    a   8   e   a

**As of the petition filing date, the claim is:**    $3,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Invoice Factoring

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Duro Legacy HVAC, Inc.**                     Case number *(if known)* _____
Name

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $278,727.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $278,727.00 |

Fill in this information to identify the case:

Debtor name _____Duro Legacy HVAC, Inc._____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | JCA, LLC |
| | | Contract to be ASSUMED | 16333 S. Great Oaks Drive Suite 121 |
| | State the term remaining | 0 months | Round Rock, TX 78761 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | JCA, LLC |
| | | Contract to be ASSUMED | 16333 S. Great Oaks Drive Suite 121 |
| | State the term remaining | 0 months | Round Rock, TX 78761 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name        **Duro Legacy HVAC, Inc.**

United States Bankruptcy Court for the:        **Western**        District of        **Texas**

(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑   Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
      *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
      creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Olowu, Victor | 16333 S. Great Oaks Drive Suite 101<br>Street<br><br>Round Rock, TX 78681<br>City          State          ZIP Code | Home Trust Bank<br><br><br>Home Trust Bank<br><br><br>SBA EIDL | ☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor  __Duro Legacy HVAC, Inc.__  Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City     State     ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City     State     ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Duro Legacy HVAC, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................. | $205,552.34 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................... | $205,552.34 |

---

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,513,553.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | + $278,727.00 |

4. **Total liabilities**.................................................................................................................................. | $1,792,280.00 |

   Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

Debtor name      Duro Legacy HVAC, Inc.

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $487,870.10 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $762,183.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $469,420.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor    Duro Legacy HVAC, Inc.

Name                                           Case number *(if known)*

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   <u>Home Trust Bank</u><br>Creditor's name<br><u>6310 Fairview Road</u><br>Street<br><u>c/o Jennifer Gates</u><br><br><u>Charlotte, NC 28210</u><br>City      State    ZIP Code | <u>05/05/2023</u> | <u>$15,108.94</u> | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.   <u>Chase Bank -3920</u><br>Creditor's name<br><u>PO Box 15298</u><br>Street<br><br><u>Wilmington, DE 19850-5298</u><br>City      State    ZIP Code | <u>04/10/2023</u><br><br><u>05/05/2023</u><br><br><u>5/22/2023</u><br><br><u>05/30/2023</u><br><br><u>06/12/2023</u><br><br><u>05/24/2023</u> | <u>$9,505.00</u> | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other <u>Credit Card</u> |
| 3.3.   <u>Chase Bank - 2673</u><br>Creditor's name<br><u>P. O. Box 15398</u><br>Street<br><br><u>Wilmington, DE 19850-5298</u><br>City      State    ZIP Code | <u>04/05/2023</u><br><br><u>04/10/2023</u><br><br><u>04/18/2023</u><br><br><u>04/26/2023</u><br><br><u>05/05/2023</u><br><br><u>05/09/2023</u><br><br><u>05/15/2023</u><br><br><u>05/16/2023</u><br><br><u>05/22/2023</u><br><br><u>05/24/2023</u><br><br><u>05/31/2023</u><br><br><u>06/06/2023</u><br><br><u>06/08/2023</u> | <u>$16,003.00</u> | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other <u>Credit Card</u> |

Debtor  Duro Legacy HVAC, Inc.
        Name                                                                    Case number (if known)

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | $0.00 | _____ |
| Creditor's name | | | |
| _____ | | | _____ |
| Street | | | |
| _____ | | | _____ |
| _____ | | | |
| City              State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| Debtor | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City              State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | | | |
| _____ | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City              State    ZIP Code | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **3**

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____ | _____ | Name _____ | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | Street _____ | ☐ Concluded |
| _____ | | City      State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name _____ | _____ | _____ |
| Street _____ | **Case title** _____ | **Court name and address** Name _____ |
| City    State    ZIP Code | **Case number** _____ | Street _____ |
| | **Date of order or assignment** _____ | City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name _____ | _____ | _____ | _____ |
| Street _____ | _____ | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor Duro Legacy HVAC, Inc.                                    Case number *(if known)*
        Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Frank B Lyon | Attorney's Fee | 06/17/2023 | $5,000.00 |
| **Address** | Attorney's Fee | 07/19/2023 | $2,500.00 |
| PO Box 50210<br>Street | Filing Fees | 08/04/2023 | $1,738.00 |
| Austin, TX 78763-0210<br>City            State    ZIP Code | | | |

**Email or website address**


**Who made the payment, if not debtor?**


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | |

Debtor     Duro Legacy HVAC, Inc.        Case number *(if known)*
       Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

City       State    ZIP Code

| Relationship to debtor |
|---|
| |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |

Street

City       State    ZIP Code

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    Duro Legacy HVAC, Inc.                 Case number *(if known)* _____
       Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City      State    ZIP Code | _____ <br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

       ☑ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

---

Debtor  Duro Legacy HVAC, Inc. _____  Case number *(if known)* _____
      Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|-----------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor _____Duro Legacy HVAC, Inc._____     Case number *(if known)*_____
       Name

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State  ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   Duro Legacy HVAC, Inc.                                    Case number *(if known)*
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City            State      ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

| Dates business existed |
|---|

From _____  To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. Brilliant Solutions Group
Name

332 S. Michigan Avenue Suite 800
Street

Chicago, IL 60604
City            State      ZIP Code

From 04/01/2020   To Present

| Name and address | Dates of service |
|---|---|

26a.2. Littwin Associates LLC
Name

12001 Research Parkwasy Suite 236
Street

Orlando, FL 32826
City            State      ZIP Code

From 04/01/2020   To Present

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. Olowu, Victor
Name

16333 S. Great Oaks Drive Suite 101
Street

Round Rock, TX 78681
City            State      ZIP Code

From 02/12/2019   To Present

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
Olowu, Victor
Name

16333 S Great Oaks Dr Suite 101
Street

Round Rock, TX 78681-3661
City            State      ZIP Code

Debtor    Duro Legacy HVAC, Inc.                                    Case number *(if known)*
          Name

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

**26d.1.** HomeTrust Bank
Name

6310 Fairview Road
Street

Charlotte, NC 28210
City                    State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joe Castenon | 12/31/2022 | $36,165.00 |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.** Olowu, Victor
Name

16333 S. Great Oaks Drive Suite 101
Street

Round Rock, TX 78681
City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Olowu, Victor | 16333 S. Great Oaks Drive Suite 101 Round Rock, TX 78681 | President, Shareholder | 20.40% |
| Victor Olowu 401(k) | 16333 S Great Oaks Drive Suite 101 Round Rock, TX 78681 | , Shareholder | 41.30% |
| Travis Melvin | 4030 N. Central Expressway Apt. 356 Dallas, TX 75204 | , Shareholder | 15.20% |
| Terence McPherson | 5005 Galleria Road Apt. 3333 Dallas, TX 75244 | , Shareholder | 12.60% |
| Mark Hamilton | 1007 Atlantic Avenue #3F Brooklyn, NY 11238 | , Shareholder | 10.60% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | From _____ |
|  |  |  | To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Olowu, Victor<br>Name | $3,461.54 | 07/01/2022 | Salary |
| 16333 S. Great Oaks Drive Suite 101<br>Street | $3,461.54 | 07/15/2022 | |
| | $3,461.54 | 07/29/2022 | |
| | $3,461.54 | 08/12/2022 | |
| Round Rock, TX 78681<br>City                State        ZIP Code | $3,461.54 | 08/26/2022 | |
| | $3,461.54 | 09/09/2022 | |
| **Relationship to debtor** | $3,461.54 | 09/23/2022 | |
| President | $3,461.54 | 09/30/2022 | |
| | $3,461.54 | 10/07/2022 | |
| | $3,461.54 | 10/21/2022 | |
| | $3,461.54 | 11/04/2022 | |
| | $3,461.54 | 11/18/2022 | |
| | $3,461.54 | 12/02/2022 | |
| | $3,461.54 | 07/28/2023 | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/09/2023_____
            MM/  DD/  YYYY

Debtor   Duro Legacy HVAC, Inc.                                      Case number (if known)
         Name

X  /s/ Victor Olowu                              Printed name            Victor Olowu
   Signature of individual signing on behalf of the debtor


   Position or relationship to debtor          President


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name: Duro Legacy HVAC, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  American Express Business Line of Credit PO Box 570622 Atlanta, GA 30357 | (888) 986-8263 | Line of Credit | | | | $12,449.00 |
| 2  American Express PO Box 981535 El Paso, TX 79998-1535 | | Credit Card | | | | $373.00 |
| 3  Cen-Tex Air Balance, Inc. PO Box 1931 Belton, TX 76513 | (254) 624-2364 | Purchase of Business | | | | $74,229.00 |
| 4  Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | Credit Card | | | | $33,994.00 |
| 5  Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | Credit Card | | | | $24,129.00 |
| 6  Fora Financial Advance, LLC Attn: Legal Department 1385 Broadway 15th Floor New York, NY 10018 | | Merchant Advance | | | | $68,628.00 |
| 7  Home Trust Bank c/o Jennifer Gates 6310 Fairview Road Charlotte, NC 28210 | | Small Business Administration Loan | | $815,245.00 | $193,408.13 | $815,245.00 |
| 8  Home Trust Bank c/o Jennifer Gates 6310 Fairview Road Charlotte, NC 28210 | | SBA Express Line of Credit | | $203,308.00 | $193,408.13 | $9,899.87 |

Debtor     Duro Legacy HVAC, Inc.                      Case number *(if known)*

         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Randy Eastlack<br>The Law Offices of Kell A. Simon<br>501 North IH-35 Suite 111<br>Austin, TX 78702 | (512) 898-9019 | Employee Settlement | | | | $25,000.00 |
| 10 | SBA EIDL<br>10737 Gateway West #300<br>El Paso, TX 79935 | | SBA Loan | | $495,000.00 | $193,408.13 | $495,000.00 |
| 11 | Victor Olowu<br>16333 Great Oaks Drive Suite 101<br>Round Rock, TX 78681 | (512) 264-4554 | Promissory Note | | | | $25,000.00 |
| 12 | WebBank<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | | Invoice Factoring | | | | $4,425.00 |
| 13 | WebBank<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | | Invoice Factoring | | | | $3,050.00 |
| 14 | WebBank<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | | Invoice Factoring | | | | $3,000.00 |
| 15 | WebBank<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | | Invoice Factoring | | | | $2,925.00 |
| 16 | WebBank<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | | Invoice Factoring | | | | $1,525.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**   Duro Legacy HVAC, Inc.

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................................    $9,238.00

Prior to the filing of this statement I have received ...............................................................................    $9,238.00

Balance Due .........................................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 08/09/2023 | /s/ Frank B Lyon |
| *Date* | Frank B Lyon |
| | *Signature of Attorney* |

Bar Number: 12739800
Frank B Lyon
PO Box 50210
Austin, TX 78763-0210
Phone: (512) 345-8964

Frank B Lyon
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Duro Legacy HVAC, Inc.**                         CASE NO

                                                         CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/09/2023_____     Signature _____/s/ Victor Olowu_____

                                                         Victor Olowu, President

American Express
Business Line of Credit
PO Box 570622
Atlanta, GA 30357

American Express
PO Box 981535
El Paso, TX 79998-1535

Cen-Tex Air Balance, Inc.
PO Box 1931
Belton, TX 76513

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Fora Financial Advance, LLC
Attn: Legal Department
1385 Broadway 15th Floor
New York, NY 10018

Home Trust Bank
c/o Jennifer Gates
6310 Fairview Road
Charlotte, NC 28210

JCA, LLC
16333 S. Great Oaks Drive Suite 121
Round Rock, TX 78761

Victor Olowu
16333 S. Great Oaks Drive Suite 101
Round Rock, TX 78681

Randy Eastlack
The Law Offices of Kell A. Simon
501 North IH-35 Suite 111
Austin, TX 78702

SBA EIDL
10737 Gateway West #300
El Paso, TX 79935

Victor Olowu
16333 Great Oaks Drive Suite 101
Round Rock, TX 78681

WebBank
4315 Pickett Road
Saint Joseph, MO 64503